UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES JONES as )
Personal Representative of the )
Estate of AIYANA STANLEY-JONES, )
Deceased, MERTILLA JONES, )
and DOMINIKA STANLEY, )
 )
                         )     Civil Action No. 2:10-CV-14942
            Plaintiffs, )
 )     Hon. Robert H. Cleland
-vs- )
 )
A&E Television Network, )
The First 48 Television Show, and )
Kirkstall Road Enterprises, Inc. )
 )
            Defendants. )

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs hereby file their Notice of Voluntary Dismissal without prejudice pursuant to Fed. R. Civ P. 41(a).

                                                  Respectfully submitted,

                                                  /s/ Geoffrey Fieger
                                    GEOFFREY N. FIEGER (P-30441)
                                    JONATHAN R. MARKO (P-72450)
                                    Fieger, Fieger, Kenney, Johnson, & Giroux, P.C.
                                    Attorneys for Plaintiffs
                                    19390 West Ten Mile Road
                                    Southfield, Michigan 48075
                                    (248) 355-5555

Dated: February 3, 2011

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 3, 2010, he electronically filed the foregoing pleading with the Clerk of the Court using the ECF system. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                Respectfully submitted,

                /s/ Geoffrey Fieger
                GEOFFREY N. FIEGER (P-30441)
                JONATHAN R. MARKO (P-72450)
                Fieger, Fieger, Kenney, Johnson, & Giroux, P.C.
                Attorneys for Plaintiffs
                19390 West Ten Mile Road
                Southfield, Michigan 48075
                (248) 355-5555

Dated: February 3, 2011