UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES JONES, as Personal Representative of
the Estate of AIYANA STANLEY-JONES, et al.,

      Plaintiffs,

v.                                                      Case No. 10-14942

A & E TELEVISION NETWORK, et al.,

      Defendant.
      _____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

      Plaintiffs initiated this case on December 14, 2010. On February 3, 2011, Plaintiffs filed a "Notice of Voluntary Dismissal." As no answer or responsive pleading has been filed,

      IT IS ORDERED that this action is hereby DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

                                                S/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated: February 9, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 9, 2011, by electronic and/or ordinary mail.

                                                 S/Lisa Wagner
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522